IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | § | |
| Vs. | § | CIVIL ACTION NO. 2:05CV443 |
| COMCAST CORP., ET AL. | § | |

### ORDER

The court has determined that it will grant Time Warner's motion to disqualify Fish & Richardson. A memorandum opinion and order will follow at the court's earliest convenience. At Rembrandt's election, the court will continue the claim construction hearing set for February 8, 2007. Rembrandt shall notify the court by close of business February 5, 2007, whether it desires to proceed with the claim construction hearing as currently scheduled with other counsel.

SIGNED this 1st day of February, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE